# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr- 246 |
| Plaintiff, ) | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR ROGELIO PAYAN (ID#) 01177028 |
| vs. ) | |
| ROGELIO PAYAN, ) | |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROGELIO PAYAN** before the United States District Court at Las Vegas, Nevada, on or about IA/AP Tues 8/16/16 3:00 PM NJK 3C ____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 9, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr- *246* |
| Plaintiff, ) | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR ROGELIO PAYAN |
| vs. ) | (ID#) 01177028 |
| ROGELIO PAYAN, ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ROGELIO PAYAN**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ROGELIO PAYAN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ROGELIO PAYAN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on ____ IA/AP Tues *8/16/16* 3:00 PM NJK 3C ____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ROGELIO PAYAN** before the United States District Court on or about ____ IA/AP Tues 8/16/16 3:00 PM NJK 3C ____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ROGELIO PAYAN** before the United States District Court on or about ____ IA/AP Tues 8/16/16 3:00 PM NJK 3C ____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this 9th day of August, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA MICHAEL
Assistant United States Attorney

2