**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00246-GMN-CWH |
| Plaintiff, | |
| v. | |
| ROGELIO PAYAN, | **ORDER** |
| Defendant. | |

Presently before the court is Defendant Rogelio Payan's motion to re-open detention hearing (ECF No. 22), filed on December 5, 2016. Defendant requests that based on recent developments, that his detention hearing be re-opened and that he be released pending trial. Upon review, the court finds that a hearing on this matter is appropriate.

IT IS THEREFORE ORDERED that Defendant's motion to re-open detention hearing (ECF No. 22) is GRANTED. The court will hold a hearing on this matter on Friday, December 9, at 9:30 a.m.

IT IS FURTHER ORDERED that pretrial services will prepare a pretrial investigation report prior to this hearing.

DATED: December 5, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1