# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> ROGELIO PAYAN, </br> Defendant. | Case No. 2:16-cr-00246-GMN-NJK </br> ORDER </br> (Docket No. 19) |

Pending before the Court is Defendant Rogelio Payan's motion for a court order to subpoena the North Las Vegas Police Department's records. Docket No. 19. No response was filed. *See* Docket. Therefore, the motion can be granted as unopposed. LCR 47-3. Additionally, the Court has reviewed Defendant's motion, and has determined that good cause exists for the issuance of the requested subpoena. Accordingly, Defendant's motion is **GRANTED**. Docket No. 19.

IT IS HEREBY ORDERED that, no later than December 13, 2016, the North Las Vegas Police Department (NLVPD) shall produce to the Federal Public Defender's Office in Las Vegas:

1. Any and all police reports and records including, but not limited to, 911 calls, NLVPD call dispatch logs, audio dispatches, Computer Aided Dispatches ("CADs"), recorded or written witness statements, and photographs regarding a shooting on or about December 11, 2015, in or about the area of Hickey Avenue and Statz Street in North Las Vegas;

2. All photographs of Defendant Payan that NLVPD officers provided to Confidential Informants in relation to the above-described case;

3. All surveillance footage of Defendant Payan, Jenny Payan, Sergio Payan, a 2001 Ford Explorer bearing Nevada license 119-AYU, a white 2002 Ford Taurus, and the residence located at 2801 East Hickey, North Las Vegas, NV 89030, in relation to the above-described case;

4. All recorded and written witness statements regarding the search of 2801 East Hickey, North Las Vegas, NV, and Defendant Payan's arrest on December 23, 2015, Case No. 151221020936; and

5. NLVPD's *Miranda* warnings card.

IT IS FURTHER ORDERED that, no later than December 13, 2016, NLVPD shall produce to the Federal Public Defender's Office a certificate of destruction if any of these records have been destroyed, and a certificate of non-existence if any of these records never existed.

IT IS SO ORDERED.

DATED: December 6, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge