# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-cr-00246-GMN-NJK |
| vs. | ) | |
| ROGELIO PAYAN, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant Rogelio Payan's motion to disclose confidential informants and related information. Docket No. 43. The Court hereby SETS an *ex parte in camera* hearing for August 7, 2017, at 2:00 p.m. in Courtroom 3A. *See United States v. Henderson*, 241 F.3d 638, 645 (9th Cir. 2001).

The United States shall be present for this hearing, as shall North Las Vegas Police Department Officers Fellig (#2194), Ochoa (#1815), and Forsberg (#2143). Neither Defendant nor his attorney shall be present for the hearing. *See United States v. Cerna*, 2009 WL 2998929, at \*14 (N.D. Cal. Sept. 16, 2009) ("A defendant and his or her attorneys may be excluded from such a hearing, to protect the informant's identity").

. . . .

. . . .

. . . .

At the hearing, the Court will make inquiries of the officers regarding the issues brought forward by Defendant in his pending pretrial motions. Docket Nos. 42, 43. Defendant may also submit a list of proposed written questions to the Court, no later than August 4, 2017. The Court will consider, but may or may not ask, any questions submitted by Defendant.

IT IS SO ORDERED.

DATED: August 2, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge