UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:16-cr-00246-GMN-NJK |
| vs. | ) | |
| ROGELIO PAYAN, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is the United States' emergency motion to continue the *ex parte in camera* hearing set for August 7, 2017. Docket No. 72. The United States represents that one of the witnesses, Officer Ochoa, is currently out of the country, and cannot be present for the currently-set hearing. *Id*. at 1. The United States therefore requests either a continuance or a bifurcation of the hearing. *Id*.

Accordingly, the Court **GRANTS** in part the United States' emergency motion to continue. Docket No. 72. The *ex parte in camera* hearing will remain on August 7, 2017 at 2:00 p.m., in Courtroom 3A for Officers Fellig and Forsberg. The *ex parte in camera* hearing for Officer Ochoa is continued to August 11, 2017, at 11:00 a.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: August 2, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge